**SEALED**

FILED
Apr 25, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOYCE ISAIAH CERVANTEZ,<br><br>Defendant. | CASE NO. 1:24-CR-00082-JLT-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 25, 2024, charging the above defendant with a violation of 18 U.S.C. § 2252(a)(2) – Receipt of Material Involving the Sexual Exploitation of Minors; 18 U.S.C. §§ 2253(a) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment

/ / /

/ / /

/ / /

or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

Dated: April 25, 2024

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By   /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  April 25, 2024

_____
ERICA P. GROSJEAN
U.S. Magistrate Judge

Motion to Seal Indictment                                 2