```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  BRITTANY M. GUNTER
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00082-JLT-SKO |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL CASE |
| v. | |
| BOYCE ISAIAH CERVANTEZ, | |
| Defendant. | |

The government moves the Court to unseal the Indictment and all other filings in this case. On May 17, 2024, the defendant was arrested. He will make his initial appearance on May 17, 2024. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: May 17, 2024

Very truly yours,
PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

1

1  PHILLIP A. TALBERT
   United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO. 1:24-CR-00082-JLT-SKO

12                     Plaintiff,             ORDER TO UNSEAL CASE
            v.
13
    BOYCE ISAIAH CERVANTEZ,
14
                       Defendant.
15

16

17
         Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered
18
    that the Indictment and other court filings in the case be UNSEALED.
19

20  IT IS SO ORDERED.

21
         Dated:  **May 17, 2024**                /s/ Erica P. Grosjean
22                                               UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                                2