PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BOYCE ISAIAH CERVANTEZ,<br><br>  Defendant. | Case No: 1:24-CR-00082-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Barbara Hope O'Neill, counsel for Boyce Isaiah Cervantez ("the defendant"), that this action's **Wednesday, July 31, 2024, status conference be continued to Wednesday, October 30, 2024, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. The grand jury returned an Indictment regarding this matter on April 25, 2024. ECF 1. The defendant was arraigned on May 21. ECF 8. The government then prepared and delivered an initial set of discovery to the defendant's defense counsel, within the time limits set forth

by the local rules.

2. The government prepared and delivered supplemental discovery to defense counsel on May 29 in accordance with Rule 16.

3. On or about June 4, the defendant obtained new counsel, Barbara Hope O'Neill. ECF 13.

4. Since that time, the government has provided the defendant's new counsel with all discovery produced so far. The government also provided defense counsel with supplemental discovery on June 17 and June 26. The defense is and has been reviewing discovery thus far provided.

5. The government currently believes all discovery has been produced pursuant to Rule 16 or otherwise made available for the defense's inspection and review pursuant to the Adam Walsh Act. The government will nevertheless continue to follow up with law enforcement to determine the extent additional supplemental discovery exists. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accordance with Rule 16.

6. As defense counsel completes her analysis of the discovery produced in this case, counsel for the government will work with the defense and the FBI Fresno office to ensure that the defense is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

7. Defense counsel requires more time to complete its investigation, discuss the case with the defendant, and to have an expert examine the electronic devices involved with this case.

8. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

9. The parties therefore stipulate that the period of time from July 31, 2024, through October 30, 2024, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: July 22, 2024                              PHILLIP A. TALBERT
                                                  United States Attorney

                                            By:   /s/ BRITTANY M. GUNTER
                                                  BRITTANY M. GUNTER
                                                  Assistant United States Attorney

Dated: July 22, 2024                        By:   /s/ BARBARA HOPE O'NEILL
                                                  BARBARA HOPE O'NEILL
                                                  Attorney for Defendant
                                                  Boyce Isaiah Cervantez

## **O R D E R**

IT IS ORDERED that the status conference currently set for July 31, 2024, at 1:00 pm is continued until October 30, 2024, at 1:00 pm.

IT IS FURTHER ORDERED THAT the period of time from July 31, 2024, through October 30, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: 7/23/2024                                  /s/ Sheila K. Oberto
                                                  HONORABLE SHEILA K. OBERTO
                                                  United States Magistrate Judge