PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BOYCE ISAIAH CERVANTEZ,<br><br>                    Defendant. | Case No: 1:24-CR-00082-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Barbara Hope O'Neill, counsel for Boyce Isaiah Cervantez ("the defendant"), that this action's **Wednesday, October 30, 2024, status conference be continued to Wednesday, January 29, 2025, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. The grand jury returned an Indictment regarding this matter on April 25, 2024. ECF 1. The defendant was arraigned on May 21, 2024. ECF 8. The government then prepared and delivered an initial set of discovery to the defendant's defense counsel, within the time limits set forth by the local rules.

2. The government prepared and delivered supplemental discovery to defense counsel on May 29 in accordance with Rule 16.

3. On or about June 4, the defendant obtained new counsel, Barbara Hope O'Neill.  ECF 13.

4. Since that time, the government has provided the defendant's new counsel with all discovery produced so far.  The government also provided defense counsel with supplemental discovery on June 17, June 26, and August 12.  The defense is and has been reviewing discovery thus far provided.

5. The government currently believes all discovery has been produced pursuant to Rule 16 or otherwise made available for the defense's inspection and review pursuant to the Adam Walsh Act.  The government will nevertheless continue to follow up with law enforcement to determine the extent additional supplemental discovery exists.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accordance with Rule 16.

6. As defense counsel completes her analysis of the discovery produced in this case, counsel for the government will work with the defense and the FBI Fresno office to ensure that the defense is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

7. Defense counsel requires more time to complete its investigation, discuss the case with the defendant, and to have an expert examine the electronic devices involved with this case. Defense counsel also requires more time to assess whether to file certain motions.

8. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

9. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

10. The parties therefore stipulate that the period of time from October 30, 2024, through January 29, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv)

because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: October 21, 2024                       PHILLIP A. TALBERT
                                              United States Attorney

                                        By:   /s/ BRITTANY M. GUNTER
                                              BRITTANY M. GUNTER
                                              Assistant United States Attorney

Dated: October 19, 2024                 By:   /s/ BARBARA HOPE O'NEILL
                                              BARBARA HOPE O'NEILL
                                              Attorney for Defendant
                                              Boyce Isaiah Cervantez

**O R D E R**

IT IS ORDERED that the status conference currently set for October 30, 2024, at 1:00 pm is continued until January 29, 2025, at 1:00 pm.

IT IS FURTHER ORDERED THAT the period of time from October 30, 2024, through January 29, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: 10/22/2024

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Sheila K. Oberto
                                              HONORABLE SHEILA K. OBERTO
                                              United States Magistrate Judge