MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOYCE ISAIAH CERVANTEZ,<br><br>Defendant. | Case No: 1:24-CR-00082-JLT-SKO<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Barbara Hope O'Neill, counsel for Boyce Isaiah Cervantez ("the defendant"), that this action's **Wednesday, June 4, 2025, status conference be vacated.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. On January 29, 2025, the Court set this case for trial on November 12, 2025. ECF 21. Time was excluded through the trial date. ECF 21. The court also set a continued status conference for June 4, 2025. ECF 21.

2. On May 27, 2025, defense counsel informed the government that she needs about six more

1

weeks to speak with her client about the case and determine whether this case can be resolved by plea agreement. She also intends to use the time between now and the currently set trial date to determine whether any motions need to be filed.

3. The government extended a plea offer to the defendant on May 27, 2025, that will expire on July 8, 2025. If the case does not resolve by plea agreement, the parties intend to submit a stipulation and proposed order to set a trial confirmation hearing, motions hearing, and motions briefing schedule.

4. Based on the parties' continued efforts towards determining whether the case can be resolved short of trial, the parties stipulate that the status conference set for June 4, 2025, is not necessary at this time. Accordingly, the parties jointly request that the status conference be vacated.

IT IS SO STIPULATED.

Dated: May 27, 2025         MICHELE BECKWITH
                            Acting United States Attorney

                            By: /s/ BRITTANY M. GUNTER
                            BRITTANY M. GUNTER
                            Assistant United States Attorney

Dated: May 27, 2025         By: /s/ BARBARA HOPE O'NEILL
                            BARBARA HOPE O'NEILL
                            Attorney for Defendant
                            Boyce Isaiah Cervantez

**O R D E R**

IT IS ORDERED that the status conference currently set for June 4, 2025, at 1:00 pm is hereby VACATED.

Dated: 5/27/2025            _Sheila K. Oberto_
                            HONORABLE SHEILA K. OBERTO
                            United States Magistrate Judge