ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>              v.<br><br>BOYCE ISAIAH CERVANTEZ,<br><br>                              Defendant. | Case No: 1:24-CR-00082-JLT-SKO<br><br>STIPULATION TO CONTINUE TRIAL DATE; ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Barbara Hope O'Neill, counsel for Boyce Isaiah Cervantez ("the defendant"), that this action's **trial date set for November 12, 2025, be continued to March 24, 2026.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. On January 29, 2025, the Court set this case for trial on November 12, 2025. ECF 21. Time was excluded through the trial date. ECF 21. The court also set a continued status conference for June 4, 2025, which was later vacated. ECF 21, 24.

STIPULATION TO CONTINUE TRIAL DATE; ORDER

1

2. On August 29, 2025, defense counsel informed the government that she needs to continue the November 12 trial date in this case. She indicated she needs additional time to consult with her client about the case. Defense counsel also indicated she has a personal commitment the week of the trial as currently set that she cannot reschedule.

3. Defense counsel also informed the government that we may be able to resolve the case based upon a plea offer previously submitted to the defendant.

4. Accordingly, defense counsel is requesting to continue the trial date from November 12, 2025, to March 24, 2026. The government does not oppose the continuance.

5. The parties therefore stipulate that the period of time from September 24, 2025, through March 24, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: September 24, 2025                                  ERIC GRANT
                                                           United States Attorney


                                                     By:   /s/ BRITTANY M. GUNTER
                                                           BRITTANY M. GUNTER
                                                           Assistant United States Attorney


Dated: September 24, 2025                            By:   /s/ BARBARA HOPE O'NEILL
                                                           BARBARA HOPE O'NEILL
                                                           Attorney for Defendant
                                                           Boyce Isaiah Cervantez

## **O R D E R**

IT IS ORDERED that the trial is continued from November 12, 2025, to March 24, 2026.

IT IS FURTHER ORDERED THAT the period of time from September 24, 2025, through March 24, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv)

because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __September 24, 2025__                    /s/ Jennifer L. Thurston
                                                  UNITED STATES DISTRICT JUDGE